UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLLACK LANDSTROM ASSOCIATES, CIVIL NO. 00-123 (RHK/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

LABTEC CORPORATION,

Defendant.

PLEASE TAKE NOTICE that oral argument on Plaintiff's Motion to Amend the Pretrial Scheduling Order for leave to Amend the Complaint [Docket No. 10] has been rescheduled to commence before the undersigned on May 26, 2000 at **9:30 a.m.** in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: May 18, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAY 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK