UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLLACK LANDSTROM ASSOCIATES, CIVIL NO. 00-123 (RHK/JMM)

Plaintiff,

v. ORDER

LABTEC CORPORATION,

Defendant.

The above matter came on for hearing before the undersigned on May 26, 2000 upon Plaintiff's Motion to Amend the Pretrial Scheduling Order to Allow Plaintiff to File an Amended Complaint [Docket No. 10]. Scott G. Harris, Esq. appeared on behalf of Plaintiff; Dale M. Wagner, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Pretrial Scheduling Order to Allow Plaintiff to File an Amended Complaint [Docket No. 10] is denied for the reasons placed on the record.

Dated: May 26, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAY 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK