UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLLACK LANDSTROM ASSOCIATES,

Plaintiff,

v.

LABTEC CORPORATION,

Defendant.

CIVIL NO. 00-123 (RHK/JMM)

ORDER/NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 3, 2000 at 2:00 p.m. before the undersigned in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, the Court will hold a hearing on the Parties' Stipulation/Motion to Extend Discovery Schedule and Amend Pretrial Scheduling Order.

Dated: September 19, 2000

JOHN M. MASON
United States Magistrate Judge

FILED SEP 19 2000
FRANCIS E. DOSAL, CLERK
DEPUTY CLERK