UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLLACK LANDSTROM ASSOCIATES, CIVIL NO. 00-123 (RHK/JMM)

Plaintiff,

v.

LABTEC CORPORATION,

Defendant.

---

POLLACK LANDSTROM ASSOCIATES, CIVIL NO. 00-2062 (RHK/JMM)

Plaintiff,

v.

LABTEC CORPORATION,

Defendant.

# ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Pollack Landstrom Associates v. Labtec Corporation, Civil No. 00-123 (RHK/JMM) and Pollack Landstrom Associates v. Labtec Corporation, Civil No. 00-2062 (RHK/JMM) are consolidated for all purposes. The Clerk may close Civil File No. 00-2062 (RHK/JMM) and merge the contents thereof with Civil File No. 00-123 (RHK/JMM).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption: Pollack Landstrom Associates v. Labtec Corporation, Civil No. 00-123

FILED OCT 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

(RHK/JMM). The Pretrial Scheduling Order, as amended, shall govern all proceedings.

Dated: October 4, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

At oral argument on the Stipulation/Motion to Amend the Scheduling Order, the parties were agreed that these cases should be consolidated for all purposes, and that they should be governed by the same Scheduling Order.

J.M.M.