**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pollack Landstrom Associates,

Plaintiff, Civil No. 00-123 (RHK/JMM)

vs. **ORDER**

LabTec Corporation,

Defendant.

---

Plaintiff's letter request of November 9, 2000 to postpone the December 1, 2000 hearing of Defendant's Summary Judgment Motion is **DENIED**. Counsel are directed to agree upon a briefing schedule for the remaining briefs.

The case will remain on the February 2001 trial calendar.

Dated: November 15, 2000

RICHARD H. KYLE
United States District Judge

NOV 15 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Spence Olson

Attorneys & Counselors at Law

November 9, 2000

BY MESSENGER

Honorable Richard H. Kyle
Warren E. Burger Federal Building
Room 764
St. Paul, MN 55101

RE: Pollack Landstrom Associates v. Labtech, Inc.
Court Files: 00-123 RHK/JMM and 00-2062 RHK/JMM

Dear Judge Kyle:

I recently received a Notice of Motion and Motion for Partial Summary Judgment in the above matter from Defendant. According to the Notice of Motion, Defendant has scheduled a summary judgment hearing for December 1, 2000. The purpose of this letter is to advise you of certain circumstances related to this litigation and to request that Defendant's summary judgment hearing be postponed.

I represent the plaintiff, Pollack Landstrom Associates. I recently assumed said representation on October 3, 2000. Previous counsel, Scott Harris, had left private practice to become Assistant General Counsel at NRG, Inc. When I assumed representation on this matter, no depositions had been taken and only limited written discovery had been completed. The period in which to conduct discovery was set to expire twelve days later, on October 15, 2000.

The parties, after stipulating to request a 90 day extension of the remaining deadlines set forth in an earlier scheduling order, sought such an extension from Magistrate Mason at a hearing held on October 3, 2000. Although Magistrate Mason extended the discovery deadline to December 31, 2000, he did not change remaining deadlines. Most relevant to this letter, the deadline to hear dispositive motions remained December 1, 2000, one month before the close of discovery.

Spence Olson, PLLC 300 Lumber Exchange Building 10 South Fifth Street Minneapolis, MN 55402
Phone: 612.375.1555 • Fax: 612.375.1511 • www.spenceolson.com

Although the parties began deposition practice this week, several additional depositions are likely to occur and many of those depositions will necessarily take place during the month of December---after the proposed December 1st summary judgment hearing.

Considering the aforementioned circumstances, Plaintiff hereby requests that this Court postpone the hearing date for Defendant's summary judgment motion until after the close of discovery in this matter. This will allow Plaintiff to complete discovery in this matter and provide a complete response to Defendant's motion. If the Court intends to keep the December 1, 2000 hearing date, I would appreciate input as to a briefing schedule. Thank you for you consideration and please do not hesitate to call if you have any questions.

Yours truly,

Jeffrey A. Olson

c: Dale Wagner/Scott Andresen