**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

POLLACK LANDSTROM ASSOCIATES,

Plaintiff,

vs. CV 00-123 RHK/JMM

LABTEC CORPORATION,

Defendant.

**NOTICE OF PRE TRIAL/STATUS CONFERENCE**

A PRE TRIAL/STATUS CONFERENCE is scheduled for Tuesday, January 30, 2001, at 10:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

January 22, 2001

FRANCIS E. DOSAL
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED JAN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK