# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Pollack Landstrom Associates,

Plaintiff,

Civil No. 00-123 (RHK/JMM)

vs.

**ORDER**

LabTec Corporation,

Defendant.

---

Trial in this matter will begin on February 15, 2001 and will consume no more than four trial days–jury selection may occur prior to February 15.

Counsel are directed to file responsive memoranda to the trial briefs previously submitted with the parties' materials; the responsive briefs shall be exchanged and furnished to the Court in St. Paul by February 2, 2001.

A status/pretrial conference will be held on Wednesday, February 7, 2000 in St. Paul at 8:00 a.m. The January 30 pretrial/status conference is **CANCELED**.

Dated: January 26, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK