**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pollack Landstrom Associates,

Plaintiff,

Civil No. 00-123 (RHK/JMM)

vs.

**ORDER**

LabTec Corporation,

Defendant.

---

The Court's Order setting this matter for trial on February 15, 2001 is **VACATED.** The matter is now deemed ready for trial as of March 7, 2001.

Dated: February 9, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______