**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Pollack Landstrom Associates,

Plaintiff, CV00.123 RHK/JMM

v. **ORDER**

Labtec Corporation,

Defendant.

---

1. Before the Court are the objections of Defendant Labtec Corporation to several documents Plaintiff Pollack Landstrom Associates has identified as trial exhibits. At a pre-trial status conference before the undersigned on March 6, 2001, the parties advised the Court that the Plaintiff has withdrawn the following exhibits: Nos. 6, 13, 19a, 26, 29a, 29b, 34-39, 43-46, 48, 50, 58-61, 71, 75, 76, and 78-81. The parties further advised the Court that the Defendant has withdrawn its objections to the following exhibits: Nos. 22, 27, 33, 42, 66, 68, 72, and 82. In light of the foregoing representations made by counsel, and based upon the Court's review of the files, records and proceedings herein, the Court makes the following rulings on the remaining objections lodged by Defendant.

2(a). The Defendant's objections are **SUSTAINED** with respect to Plaintiff's Exhibit Nos. 7-12, 14, 15, 28a, 62, 63, 70, 72-74, 77, 86, 87, 93, 98 and 101.



FILED MAR - 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2(b). The Defendant's objections are **OVERRULED** with respect to Plaintiff's Exhibit Nos. 16, 19b, 20, 21, 55-57, 69, 92, 96, 97, and 99.

2(c). The Court reserves ruling on Defendant's objections to Plaintiff's Exhibits Nos. 88-91 and 94, pending review of those documents.

3. Defendant's objection to the Plaintiff's untimely disclosure of its intention to call Mr. Waxman from Musicland as a witness at trial is **SUSTAINED** and Mr. Waxman will not be allowed to testify.

4. Plaintiff's oral request for a jury instruction at the outset of the trial regarding the Minnesota Sales Representative Act's definition of a "sales representative agreement," Minn. Stat. § 325E.37, subd. 1(e), is **DENIED**.

Dated: March 7, 2001

RICHARD H. KYLE
United States District Judge