# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Pollack Landstrom Associates

v.

Labtec Corporation

Case No. Civil 00-123RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant in the amount of $103,725.59 with respect to plaintiff's claim under the Minnesota Sales Representatives Act, Minn. Stat 325E.37 and judgment is entered in favor of defendant and against plaintiff with respect to the remaining claims of plaintiff alleged in the complaint and those claims are **DISMISSED WITH PREJUDICE**.

DATE: March 14, 2001

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk